IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROOSEVELT HAYDEN | § | |
| Vs. | § | CIVIL ACTION NO. 6:10CV47 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's action be dismissed without prejudice for failure to prosecute and for failure to obey an order of the Court pursuant to Fed. R. Civ. P. 41(b). Plaintiff acknowledged receipt of the Report and Recommendation on September 14, 2010, but no written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. It is accordingly

**ORDERED** that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**So ORDERED and SIGNED this 4th day of November, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**